**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 10-cv-00720-JLK

_____

VAHE OHANESSIAN DDS.,

        Plaintiffs,

v.

JILL PUSEY

        Defendants.
_____

**ORDER OF DISMISSAL**
_____

The Request for Dismissal (doc. #14), filed November 1, 2010, shall be treated as a Motion for Dismissal and as such is **GRANTED.** This case is **DISMISSED WITH PREJUDICE.**

DATED: November 2, 2010

                                          *s/John L. Kane*
                                          UNITED STATES DISTRICT COURT